AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

PERFORMANCE HOBBIES
442 Jefferson Street, NW
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

2002 Silver Dodge Ram Truck
bearing North Carolina tags PYD-3358

CASE NUMBER:

(Further described below)

I ___Louis G. Sackandy___ being duly sworn depose and say:

I am a(n) ___Special Agent with the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)___
and have reason to believe
    (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
**Performance Hobbies, 442 Jefferson Street, NW, Washington, DC, and a 2002 Silver Dodge Ram Truck bearing North Carolina tags PYD-3358, as more fully described in the affidavit and ATTACHMENTS A B and C to this application**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
SEE THE AFFIDAVIT AND ATTACHMENTS A, B and C

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence, instrumentalities and fruits of the crimes

of a violation of Title __18__ United States Code, Section(s) __§ 842__ . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Jessie K. Liu
Federal Major Crimes Section
(202) 514-7549

Signature of Affiant
Louis G. Sackandy,  Special Agent
U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer