## **ATTACHMENT A – LOCATION TO BE SEARCHED**

Performance Hobbies
442 Jefferson Street, N.W.
Washington, D.C.  20011

The business premise of KENNESSON RAY ALLEN, which is located at 442 Jefferson Street, N.W., Washington, D.C., is described as a two story red brick townhouse, end unit, with a basement.  The front of the business premise has cement steps leading up to a porch which extends the length of the front portion.  The front door is white in color with a black security door in front of it that has bars running perpendicular. The rear of the business premise has wooden steps leading up to the rear door which allows entry into the first story.  The rear portion of the business premise is constructed with white siding.

The garage located on the property of the business premise is described as a one story wooden building, white in color, with a gray door bearing writings "KDYA MLK AVE."

This warrant authorizes the search of any buildings and vehicles located on the curtilage of the property.

