## ATTACHMENT B – VEHICLE TO BE SEARCHED

The vehicle is a 2002 Dodge Ram truck, silver in color, bearing North Carolina registration tag PYD 3358.