## ATTACHMENT C

## Items to be Seized

1.      Any and all records, documents and materials, computer hardware and computer software, pertaining to the storage, acquisition, and distribution of explosive materials, to include but not limited to, acquisition and distribution records, invoices, billing statements, letters, copies of Federal explosive licenses/permits, statements of intended use from transferees/distributees, and inter-company correspondence for the period March 14, 2001 to present.

2.      Definitions: The terms "records, documents and materials, including those used to facilitate communications" as used above includes all of the following items of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created or stored, including (but not limited to) any handmade form (such as writing, drawing, painting, with any implement    any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form (such as phonograph records, printing, or typing); any electrical, electronic, or magnetic form (such as tape recordings, cassettes, compact discs), or any information on an electronic or magnetic storage device (such as floppy diskettes, hard disks, CD-ROMs, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks), as well as printouts or readouts from any magnetic storage device.

3.      The term "computer hardware" is defined as any and all computer equipment, including any electronic devices which are capable of collecting, analyzing, creating, displaying, converting, storing, concealing, or transmitting electronic, magnetic, optical, or similar computer impulses or data.  These devices include but are not limited to any data-processing hardware (such as central processing units, memory

typewriters, and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communications devices (such as modems, cables and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices); as well as any devices, mechanisms, or parts that can be used to restrict access to such hardware (such as physical keys and locks).

4.    The term "computer software" is defined as any and all information, including any instructions, programs, or program code, stored in the form of electronic, magnetic, optical, or other media, which are capable of being interpreted by a computer or its related components. Computer software may also include certain data, data fragments or control characters integral to the operation of computer software. These items include but are not limited to operating system software, applications software, utility programs, compilers, interpreters, communications software, other programming used or intended for use to communicate with computer components and computer related documentation consisting of written, recorded, printed, and electronically stored material, which explains, illustrates how to configure or use computer hardware, software, or other related items possessed or controlled by Performance Hobbies.

5.    Any and all explosive materials not being stored in accordance with Federal explosive laws.

2