AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

PERFORMANCE HOBBIES
442 Jefferson Street, NW
Washington, DC

2002 Silver Dodge Ram Truck
bearing North Carolina tags PYD-3358

**SEARCH WARRANT**

CASE NUMBER: 06-

**FILED**

**MAY 1 1 2006**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

TO:  __Louis G. Sackandy__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Louis G. Sackandy__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**Performance Hobbies, 442 Jefferson Street, NW, Washington, DC, and a 2002 Silver Dodge Ram Truck bearing North Carolina tags PYD-3358, as more fully described in the affidavit and ATTACHMENTS A, B and C to this application**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE THE AFFIDAVIT AND ATTACHMENTS A, B and C**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __MAY 15 2006__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 08 2006                    at Washington, D.C.

Date and Time Issued    ALAN KAY
                        U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer         Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| May 08, 2006 | May 10, 2006 10:40 AM | Ken Allen |

**INVENTORY MADE IN THE PRESENCE OF** Ken Allen

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 box containing 15 H144 high power reload kits.
2 I285 classic propellant reload kits.
1 box containing 2 I161 W-M rocket reload kits.
1 box containing 11 I405 high power rocket reload kits and 4 I110 high power rocket kits
1 box containing 11 G335J aerotech reloadable motor systems and 12 G337J aerotech reloadable motor systems.
9 Adams sales order booklets
1 box containing 1 I284 W-M aerotech reloadable motor systems and 1 G35-10 rocket motor w/ sales receipt.
1 Dell computer inspiron 2650 lap top computer service tag SN4HH
1 Verizon wireless palm treo cell phone model 700W
1 generic IBM computer Tower
5 Adams sales receipt booklets
1 box containing 18 US rocket motors 120G120-4 and 13 US rocket motors 40E25-4 gross weight 2,448 grams

**FILED**
MAY 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    5-11-06
U.S. Judge or U.S. Magistrate Judge    Date